IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAUN DIRKS,

        Plaintiff,

    v.

CAROLYN W. COLVIN
SOCIAL SECURITY COMMISSIONER,

        Defendant.

Civ. No. 3:15-cv-01600-TC

**OPINION** and **ORDER**

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Report and Recommendation (ECF No. 19), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). See also *Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983). I find no error and conclude it is correct.

1 – OPINION AND ORDER

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Coffin's Report and Recommendation (ECF No. 19) is **ADOPTED** in its entirety.  Accordingly, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** because the decision that Plaintiff is not disabled was supported by substantial evidence in the record.  The Clerk of the Court is ordered to enter a judgment dismissing this action.

IT IS SO ORDERED.

DATED this 2nd day of February, 2017.

                                          _____/s/ Michael J. McShane_____
                                                     Michael J. McShane
                                                United States District Judge